IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BENE VIERA, ) | |
| ) | **Docket No.: 3:19-cv-00901** |
| Plaintiff, ) | |
| ) | **District Judge Richardson** |
| v. ) | |
| ) | |
| GENERAL AUTOMOTIVE SERVICES, et al. ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

## JOINT PARTIES STATUS REPORT

The Parties file this Notice pursuant to the Order (ECF 56) issued by the Court. The parties are actively engaged in settlement discussions and will be mediating this matter with Michael Russell on Friday, October 22, 2021. We respectfully request that the deadline for the Status Report be adjourned to October 29, 2021, so the parties can report on their efforts to resolve the case at mediation.

*Respectfully Submitted,*

/s/ Aaron Karabel
Aaron Karabel, #031828
Casey Duhart, #035122
WALLER
511 Union St., Ste. 2700
Nashville, TN 37219
Aaron.karabel@waller.com
Casey.Duhart@waller.com

*Counsel for Defendant*,

/s/ Brian C. Winfrey
BRIAN C. WINFREY #02576
810 Broadway, Ste. 105
Nashville, TN 37203

1

615-601-1276
bwinfrey@forthepeople.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a copy of the foregoing document was electronically mailed to the Attorneys for Defendant, Aaron Karable & Casey Duhart, this the 6th day of October, 2021.

                                      /s/ Brian C. Winfrey
                                      Brian C. Winfrey

2

Case 3:19-cv-00901    Document 57    Filed 10/06/21    Page 2 of 2 PageID #: 456